CHICAGO WAREHOUSE LUMBER CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 21427. Promulgated July 24, 1929.

*Eugene Bernstein, Esq.,* and *Albert E. Gordon, Esq.,* for the petitioner.
*Edward C. Lake, Esq.,* for the respondent.

1418

[redacted]

**OPINION.**

Siefkin: The petitioner, in order to justify the deduction of $4,800 in 1922, relies upon an oral agreement or understanding in 1922 that such action would be taken. It is clear, however, that corporate acion was not taken until 1923 and, consequently, no liability to pay accrued to the petitioner until that year. See *Edward S. Jones et al.*, 6 B. T. A. 1048. It follows that the action of the respondent in disallowing the deduction in 1922 must be approved.

*Judgment will be entered for the respondent.*